November 15, 1982.

452 A.2d 1082

Commonwealth v. Brosier, Appellant.

Submitted October 14, 1981. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

Order affirmed.

452 A.2d 1082

Commonwealth v. Grassmyer, Appellant.

Submitted October 15, 1981. Michael B. Magee, for appellant; Oliver E. Mattas, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

Order affirmed.